ESTATE OF McQUAID: McQUAID, Appellant, vs. BENE-DICTINE CONVENT OF PERPETUAL ADORATION, CLYDE, MISSOURI, Respondent.

APPEAL from a judgment of the county court of Lafayette county dated December 7, 1926: J. B. SIMPSON, Judge.
Probate of will contested. Judgment in favor of contestant, from which proponent appeals.
For the appellant: *John J. Boyle* of Darlington.
For the respondent: *Conley & Conley* and *C. F. McDaniel,* all of Darlington.

*By the Court.*—Judgment affirmed.

Fox, Respondent, vs. ZARNE, Appellant.

APPEAL from an order of the circuit court for Milwaukee county dated March 28, 1927: JOHN J. GREGORY, Judge.
Specific performance. Order sustaining demurrer of plaintiff to defendant's plea and answer, from which defendant appeals.
For the appellant: *Charles D. Ashley* of Milwaukee.
For the respondent: *Ernst von Briesen* of Milwaukee.

*By the Court.*—Order affirmed.